LAW OFFICES OF
GUS MICHAEL FARINELLA PC

110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Telephone 516-326-2211
Facsimile 516-305-5566

Gus Michael Farinella                                                             Ryan L. Gentile
Admitted NY & DC                                                                 Admitted NY & NJ

September 1, 2016

Honorable Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets Courtroom: 3B
Camden, New Jersey 08101

       Re:  FEQUIERE, et al v. MILSTEAD & ASSOCIATES, LLC
          Case No. 15-7541 (RMB/AMD)

Dear Judge Donio,

   I am counsel for the Plaintiff in the referenced matter and submit this letter to the Court jointly with Defendant's counsel. On June 1, 2016 counsel for both parties notified your Honor by letter (ECF No. 13) that they had reached an agreement to resolve this case on a class basis. In addition, in the letter the parties requested a 30-day extension of the June 1, 2016 deadline that was set at the initial scheduling conference to file a joint motion for class certification. This Court extended the deadline to July 1, 2016 (ECF No. 14). On June 29, 2016 the parties requested an extension of the July 1, 2016 deadline to August 1, 2016 (ECF No. 15), which the Court granted (ECF No. 16). On August 1, 2016 the parties requested an extension of the August 1, 2016 deadline to September 1, 2016 (ECF No. 17), which the Court granted (ECF No. 18).  At the present time the Parties are still finalizing their class settlement agreement and motion and hereby request another 30 days to file a Joint Motion for Preliminary Approval of the Class Settlement.

   In view of the foregoing, the Parties jointly request that the Court grant the Parties leave, until October 3, 2016, to file their Joint Motion for Preliminary Approval of their Class Settlement Agreement. Three previous requests for an extension has been made by the parties and are detailed above.

   On behalf of the Parties, I thank the Court for its continued courtesies and for its consideration of the Parties' herein requests.

Sincerely,

/s/ Ryan Gentile
_____
Ryan Gentile, Esq.
*via ECF Filing Only*
cc: All Counsel of Record *via ECF Filing*